AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Alabama__

TIMOTHY N. THOMPSON, et al.,

V.

SUPERIOR BANCORP,
ALLSOURCE MORTGAGE, INC. and
CRANE TITLE, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-0373-M

TO: (Name and address of Defendant)

SUPERIOR BANCORP
C/O WILLIAM H. CAUGHRAN, JR.
17 NORTH 20TH STREET
BIRMINGHAM, AL 35203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EARL P. UNDERWOOD, JR.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CHARLES R. DIARD, JR.
CLERK

_(signature)_
(By) DEPUTY CLERK

July 2, 2009
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Alabama__

TIMOTHY N. THOMPSON, et al.,

V.

SUPERIOR BANCORP,
ALLSOURCE MORTGAGE, INC. and
CRANE TITLE, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-0373-M

TO: (Name and address of Defendant)

CRANE TITLE, INC.
C/O ANDREW J. CRANE
2607 DAUPHIN ST STE C
MOBILE, AL 36606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EARL P. UNDERWOOD, JR.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL  36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CHARLES R. DIARD, JR.
CLERK

_(signature)_
(By) DEPUTY CLERK

July 2, 2009
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __Alabama__

TIMOTHY N. THOMPSON, et al.,

V.

SUPERIOR BANCORP,
ALLSOURCE MORTGAGE, INC. and
CRANE TITLE, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 09-0373-M

TO: (Name and address of Defendant)

ALLSOURCE MORTGAGE, INC.
C/O DANIEL R. FOSHEE
3514-A MONTLIMAR PLAZA DRIVE
MOBILE, AL 36609

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EARL P. UNDERWOOD, JR.
Law Offices of Earl. P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CHARLES R. DIARD, JR.
CLERK

July 2, 2009
DATE

(By) DEPUTY CLERK